

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Marcos Steven Mehlhoff, Appellant

No. 06-22-00083-CR        v.

The State of Texas, Appellee

Appeal from the 8th District Court of Hopkins County, Texas (Tr. Ct. No. 1927484). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify page two of the judgment adjudicating guilt by adding—after the phrase "(5) While on deferred adjudication community supervision, Defendant violated the conditions of community supervision, as set out in the State's Motion to Adjudicate Guilt, as follows:"—the following:

1.   Condition H(1) of his community supervision in that the Defendant failed to pay a community supervision fee of $60 per month to the 8th Judicial District Community Supervision and Corrections Department (CSCD) on or before the 15th day of each month for the month of February 2022;

2.   Condition H(3) of his community supervision in that the Defendant failed to pay a sex offender supervisory fee of $5.00 per month to the 8th Judicial District CSCD on or before the 15th day of each month during the period of community for the months of February and March 2022;

3.   Condition I of his community supervision in that the Defendant failed to pay a onetime Crimestoppers fee of $50.00 within 60 days of the date of the Community Supervision order;

4.   Condition K of his community supervision in that the Defendant possessed a firearm;

5.   Condition BB of his community supervision in that the Defendant failed to comply with the sex offender registration requirements as required under Article 62.002 (b) of the Texas C.C.P.

As modified, the judgment of the trial court is affirmed.

We note that the appellant, Marcos Steven Mehlhoff, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 1, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk